UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JOHN A. DESIENO, JR.,

        Plaintiff,

  -against-            02-CV-0148

CRANE MANUFACTURING &
SERVICE CORP., TELEMOTIVE
INDUSTRIAL CONTROLS, MORGAN
CRANE, THE MORGAN MANUFACTURING
CO., ALLIANCE, MILWAUKEE CRANE,
WHITING and SHEPARD NILES,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
Senior United States District Judge

## ORDER

Upon consideration of the papers submitted in support of and in opposition to the DeLorenzo Law Firm's motion to enforce a charging lien and for the reasons stated in open court on Monday, December 12, 2005, the DeLorenzo Law Firm's motion is DENIED. To the extent the DeLorenzo Law Firm seeks attorneys' fees, the motion is DENIED WITH PREJUDICE. To the extent the DeLorenzo Law Firm seeks to recover disbursements, that motion is DENIED WITH LEAVE TO RENEW UPON THE CONCLUSION OF THE UNDERLYING LITIGATION. If the motion is renewed at that time, the parties shall brief the issue of whether a breach of a retainer agreement waives the right to recover disbursements.

Dated: December 14, 2005

                   _/s/ Thomas J. McAvoy_
                   Thomas J. McAvoy
                   Senior, U.S. District Judge